IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COMMUNICATION DYNAMICS, *et al.*,, | ) Case No. 02-12753 (MFW) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| CDI TRUST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Pro. No. 05-30276-MFW |
| | ) |
| U.S. ELECTRONICS, INC., n/k/a ICX GLOBAL, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

CDI Trust, plaintiff in the above-captioned adversary proceeding, by and through its undersigned counsel, pursuant to 28 U.S.C. § 158(a), appeals to the United States District Court for the District of Delaware from the Opinion and the Order of the United States Bankruptcy Court for the District of Delaware entered on February 21, 2008 (collectively, the "Order") [Adversary Docket Nos. 74, 75].

The parties to the Order appealed from, and the names, addresses and telephone numbers of their respective counsel are as follows:

{00749425;v1}

| | |
|---|---|
| CDI TRUST | U.S. ELECTRONICS, INC., N/K/A ICX GLOBAL, INC. |
| Jeffrey M. Schlerf<br>Eric M. Sutty<br>Stephen B. Brauerman<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19801<br>(302) 655-5000 | William D. Sullivan<br>Elihu E. Allinson, III<br>William D. Sullivan, LLC<br>4 East 8th Street, Suite 400<br>Wilmington, DE 19801<br>(302) 428-8191<br><br>-and-<br><br>John C. Smiley, Esquire<br>Jeri J. Hatch, Esquire<br>Lindquist & Vennum, PLLP<br>600 17th Street, Suite 1800 South<br>Denver, CO 80202<br>(303) 573-5900 |

Dated: March 3, 2008

BAYARD, P.A.

*/s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
Stephen B. Brauerman (No. 4952)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Phone: (302) 655-5000

Counsel for CDI Trust

{00749425;v1}

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| COMMUNICATION DYNAMICS, INC. | ) | |
| et al. | ) | Case No. 02-12753 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |
| | ) | |
| CDI TRUST, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. ELECTRONICS, INC., n/k/a | ) | Adv. No. 05-30276 (MFW) |
| ICX GLOBAL, INC., | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW this **21st** day of **FEBRUARY, 2008**, upon consideration of the Motion for Summary Judgment filed by the CDI Trust and the briefs of the parties relating thereto, it is hereby

**ORDERED** that the Motion is **DENIED.**

BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge

cc: William D. Sullivan, Esquire[1]

___

[1] Counsel is to serve a copy of this Order and accompanying Opinion on all interested parties and file a Certificate of Service with the Court.

**SERVICE LIST**

William D. Sullivan, Esquire
Elihu E. Allinson, III, Esquire
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
Counsel for ICX Global, Inc.

John C. Smiley, Esquire
Jeri J. Hatch, Esquire
600 17th Street, Suite 1800 South
Denver, CO 80202
Counsel for ICX Global, Inc.

Jeffrey M. Schlerf, Esquire
Stephen B. Brauerman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Counsel for the CDI Trust

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**APPEAL TRANSMITTAL SHEET**

Case Number: 05-30276    ○ BK    ● AP
If AP, related BK Case Number: 02-12753

Title of Order Appealed:
Order Denying Motion for Summary Judgment.

Docket Number: 75    Date Entered: 2/21/08

Item Transmitted:    ● Notice of Appeal            ○ Motion for Leave to Appeal
                     ○ Amended Notice of Appeal   ○ Cross Appeal
                     Docket Number: 76             Date Filed: 3/3/08

*Appellant/Cross Appellant:                *Appellee/Cross Appellee
CDI Trust                                   U.S. Electronics, Inc. N/K/A ICX Global,

Counsel for Appellant:                     Counsel for Appellee:
Jeffrey M. Schlerf                         William D. Sullivan
Eric M. Sutty                              Elihu E. Allinson, III
Bayard, P.A.                               William D. Sullivan, LLC
222 Delaware Avenue, Suite 900             4 East 8th Street, Suite 400
Wilmington, DE 19801                       Wilmington, DE 19801

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?    ● Yes    ○ No

IFP Motion Filed by Appellant?    ○ Yes    ● No

Have Additional Appeals to the Same Order been Filed?    ○ Yes    ● No
    If so, has District Court assigned a Civil Action Number?    ○ Yes  ○ No    Civil Action # _____

Additional Notes:
Appellee designations not filed.


3/27/08                                    By: Barbara M. Torres
Date                                           Deputy Clerk

                                           FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: BAP-08-6
7/6/06