IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| COMMUNICATION DYNAMICS, *et al.*,, | ) Case No. 02-12753 (MFW) |
| Debtors. | ) (Jointly Administered) |
| CDI TRUST, | ) |
| Plaintiff, | ) |
| v. | ) Adv. Pro. No. 05-30276-MFW |
| U.S. ELECTRONICS, INC., n/k/a ICX GLOBAL, INC., | ) |
| Defendant. | ) |

**APPELLANT'S DESIGNATION OF RECORD
AND STATEMENT OF ISSUES ON APPEAL**

CDI Trust ("CDI" or the "Appellant"), pursuant to Federal Rule of Bankruptcy Procedure 8006, hereby designates the following items as the record on appeal and the issues on appeal with respect to the Opinion and Order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), entered in the above-captioned bankruptcy case on February 21, 2008 (collectively the "Order") (Adversary Docket Nos. 74, 75) as follows:

## DESIGNATION OF RECORD ON APPEAL

The Appellant designates the following items to be included in the Record on Appeal from the main bankruptcy case (02-12753 (MFW)):

| Date | Docket No. | Docket Text |
|---|---|---|
| 11/07/2002 | 146 | Notice of Appearance *OF PROCOPIO CORY HARGREAVES & SAVITCH, LLP AND ROSENTHAL MONHAIT GROSS & GODDESS, P.A.* Filed by US Electronics. (Gross, Kevin) (Entered: 11/07/2002) |
| 01/24/2003 | 275 | Order Pursuant to Bankruptcy Rule 3003(c) for (I) Fixing a Bar Date For Filing Certain Proofs of Claim, (II) Approval of Proof of Claim Form and Bar Date Notice and (III) Approval of Notice and Publication Procedures. Signed on 1/24/2003 (related document(s)253). (NAA) (Entered: 01/24/2003) |
| 05/01/2003 | 422 | Motion to Authorize */Motion of Debtors for Authority Pursuant to Sections 105(a) and 363(b) and 365(a) of the Bankruptcy Code for the (I) Rejection of Distribution Agreement; (II) TVC Communications, Inc's Entry Into a Non-Exclusive Manufacturing Representative Agreement with USE Electronics, Inc.; and (III) Payment of Certain Amounts Under the Debtors' Key Employee Retention Plan* Filed by Communication Dynamics, Inc. Hearing scheduled for 5/19/2003 at 04:00 PM at US Bankruptcy Court, 824 Market St., 6th Floor, Wilmington, DE. Objections due by 5/12/2003. (Attachments: # 1 Motion to Shorten# 2 Notice of Motion# 3 Exhibit A# 4 Exhibit B# 5 Proposed Form of Order # 6 Certificate of Service) (Sutty, Eric) (Entered: 05/01/2003) |
| 05/21/2003 | 461 | Order Authorizing (I) Rejection of Distribution Agreement; (II) TVC Communications, Inc's Entry Into a Non-Exclusive Manufacturing Representative Agreement with USE Electronics, Inc.; and (III) Payment of Certain Amounts Under the Debtors? Key Employee Retention Plan (related document(s)422)-Order Signed on 5/21/2003 (MDE, ) (Entered: 05/23/2003) |
| 06/06/2003 | 488 | Disclosure Statement */Disclosure Statement with Respect to Chapter 11 Plan of Reorganization Jointly Proposed by* |

| | | |
|---|---|---|
| | | *Communication Dynamics, Inc. and Its Affiliated Debtors* Filed by Communication Dynamics, Inc. (Attachments: # 1 Part 2 of Disclosure Statement# 2 Part 3 of Disclosure Statement# 3 Part 4 of Disclosure Statement# 4 Annex A - Part 1# 5 Annex A - Part 2# 6 Annex B# 7 Annex C# 8 Annex D# 9 Annex E# 10 Annex F# 11 Annex G) (Sutty, Eric) (Entered: 06/06/2003) |
| 06/06/2003 | 489 | Chapter 11 Plan of Reorganization /*Chapter 11 Plan of Reorganization Jointly Proposed by Communication Dynamics, Inc. and Its Affiliated Debtors* Filed by Communication Dynamics, Inc. (Attachments: # 1 Plan - Part 2) (Sutty, Eric) (Entered: 06/06/2003) |
| 07/10/2003 | 513 | Motion to Authorize /*Motion of Debtors for (I) Authorization and Approval of (A) Bidding Procedures to be Employed in Connection with Proposed Sale of Substantially All of the Assets of Communication Dynamics, Inc. and Certain of Its Debtor Affiliates and the Capital Stock of Certain of Communication Dynamics, Inc.'s Foreign Subsidiaries Pursuant to Sections 105, 363, 365 and 1146 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002(a)(2) and 6004; (B) Break Up Fee and Expense Reimbursement in Connection Therewith; (C) Scheduling an Auction and Hearing to Consider Approval of Sale of Substantially All of the Assets of Communications Dynamics, Inc. and Certain of Its Debtor Affiliates and the Capital Stock of Certain of Communication Dynamic's Foreign Subsidiaries; (D) Form and Manner of Notice of Motion and Sale Hearing, and (II) (A) Approval of an Asset Purchase Agreement; (B) Authorization and Approval of Sale of Substantially All Assets of Debtors Free and Clear of Liens, Claims, Encumbrances and Interests; (C) Determination that Such Sale is Exempt From Any Stamp Tax or Similar Tax; (D) Authorization to Assume and Assign Certain Executory Contracts and Unexpired Leases; and (E) Grant of Related Relief* Filed by Communication Dynamics, Inc. Hearing scheduled for 7/21/2003 at 10:30 AM at US Bankruptcy Court, 824 Market St., 6th Floor, Wilmington, DE. Objections due by 7/17/2003. (Attachments: # 1 Motion to Shorten# 2 Notice of Motion# 3 Exhibit A# 4 Exhibit B# 5 Exhibit C# 6 Certificate of Service) (Sutty, Eric) (Entered: 07/10/2003) |
| 07/15/2003 | 521 | Transcript of Omnibus Hearing Held on May 19, 2003. (MDW, ) (Entered: 07/15/2003) |
| 09/09/2003 | 626 | Order (I) Authorizing and Approving Asset Purchase Agreement |

755186v1

| | | |
|---|---|---|
| | | with TVC Holding, Inc.; (II) Authorizing and Approving Sale of Substantially All Assets of the Debtors Free and Clear of Liens, Claims, Encumbrances and Interests; (III) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Certain Related Relief (Re: Doc No. 513) (related document(s)618 ) - Order Signed on 9/9/2003 (MDE, ) (Entered: 09/10/2003) |
| 10/10/2003 | 700 | Order Authorizing the Employment and Retention of Executive Sounding Board Associates Inc. as Consultants/Crisis Managers Nunc Pro Tunc to September 23, 2003 (related document(s)649, 692) -Order Signed on 10/10/2003 (MDE, ) (Entered: 10/15/2003) |
| 11/06/2003 | 730 | Motion to Approve /*Motion Pursuant to Bankruptcy Code Sections 105(a) and 363(b) and Fed. R. Bankr. P. 9019 for Approval of Settlement Agreement By and Among the Debtors, the Official Committee of Unsecured Creditors, the Debtors Senior Secured Lenders, the Debtors Subordinated Lenders and GE Capital Corporation as Administrative and Collateral Agent* Filed by Communication Dynamics, Inc. Hearing scheduled for 11/26/2003 at 10:30 AM at US Bankruptcy Court, 824 Market St., 6th Floor, Wilmington, DE. Objections due by 11/19/2003. (Attachments: # 1 Motion to Limit Notice# 2 Notice of Motion# 3 Exhibit 1# 4 Proposed Form of Order # 5 Certificate of Service) (Schlerf, Jeffrey) (Entered: 11/06/2003) |
| 11/20/2003 | 754 | Amended Disclosure Statement /*Second Amended Disclosure Statement With Respect to Second Amended Chapter 11 Plan Jointly Proposed by Communication Dynamics, Inc. and its Affiliated Debtors* (related document(s)488, 489, 651, 652 ) Filed by Communication Dynamics, Inc. (Attachments: # 1 Part 2# 2 Part 3# 3 Part 4# 4 Part 5# 5 Part 6) (Schlerf, Jeffrey) (Entered: 11/20/2003) |
| 11/21/2003 | 758 | Amended Order (I) Approving Form of Ballot and Proposed Solicitation and Tabulation Procedures; (II) Fixing Date, Time and Place for Voting on First Amended Chapter 11 Plan Jointly Proposed by Communication Dynamics, Inc. and Its Affiliated Debtors; (III) Prescribing the Forms and Manner of Notice Thereof; (IV) Fixing the Last Date for Filing Objections to the Plan; and (V) Scheduling a Hearing to Consider Confirmation of the Plan Signed on 11/21/2003. (related documents 650, 754, 757) (LMC, ) (Entered: 11/21/2003) |

755186v1

| 02/17/2004 | 869 | Order Approving Settlement Agreement Among the Debtors, Senior Lenders, Agent, Official Committee of Unsecured Creditors, and Subordinated Lenders. (related document(s)730 ) Signed in Court on 2/17/2004. (Attachments: # 1 Exhibit) (LCN, ) Modified on 2/18/2004 (LCN, ). (Entered: 02/18/2004) |
|---|---|---|
| 02/25/2004 | 882 | Order (REVISIONS BY THE COURT) Confirming the Second Amended Chapter 11 Plan Jointly Proposed By Communication Dynamics, Inc. and its Affiliated Debtors. (related document(s)754, 881 ) Order Signed on 2/25/2004. (LCN, ) Modified on 2/26/2004 (LCN, ). (Entered: 02/26/2004) |
| 04/14/2004 | 905 | Notice Confirming Plan /*Notice of Effective Date of Second Amended Chapter 11 Plan Jointly Proposed by Communication Dynamics, Inc. and its Affiliated Debtors* Filed by Communication Dynamics, Inc. (Attachments: # 1 Certificate of Service) (Sutty, Eric) (Entered: 04/14/2004) |

The Appellant further designates the following items to be included in the Record on Appeal from the related adversary proceeding (05-30276 (MFW)):

| Date | Adv. Docket No. | Docket Text |
|---|---|---|
| 11/30/2005 | 1 | Complaint by CDI Trust against U.S. Electronics, Inc., n/k/a ICX Global, Inc.. Fee Amount $250 Nature of Suit: 498 (Other Action). AP Summons Served due date: 3/30/2006. (Attachments: # 1 ADR) (Sutty, Eric) (Entered: 11/30/2005) |
| 01/13/2006 | 5 | Answer to Complaint *and Affirmative Defenses*. Filed by U.S. Electronics, Inc., n/k/a ICX Global, Inc. (Attachments: # 1 Certificate of Service)(Sullivan, William) (Entered: 01/13/2006) |
| 04/24/2007 | 39 | Motion to Compel Filed by CDI Trust. Objections due by 5/8/2007. (Attachments: # 1 Notice # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H# 10 Proposed Form of Order # 11 Certificate of Service) (Schlerf, Jeffrey) (Entered: 04/24/2007) |
| 06/01/2007 | 46 | Motion For Summary Judgment Filed by CDI Trust. (Attachments: # 1 Certificate of Service) (Brauerman, Stephen) (Entered: 06/01/2007) |
| 06/01/2007 | 47 | Brief *in Support of Motion For Summary Judgment* (related document(s)46 ) Filed by CDI Trust. (Attachments: # 1 Certificate of Service) (Brauerman, Stephen) (Entered: 06/01/2007) |
| 06/01/2007 | 48 | Appendix (related document(s)46, 47 ) Filed by CDI Trust. (Attachments: # 1 Part 1 of 11# 2 Part 2 of 11# 3 Part 3 of 11# 4 Part 4 of 11# 5 Part 5 of 11) (Brauerman, Stephen) (Entered: 06/01/2007) |
| 06/01/2007 | 49 | Appendix (related document(s)46, 48, 47 ) Filed by CDI Trust. (Attachments: # 1 Part 7 of 11# 2 Part 8 of 11# 3 Part 9 of 11# 4 Part 10 of 11# 5 Part 11 of 11) (Brauerman, Stephen) (Entered: 06/02/2007) |
| 07/16/2007 | 62 | Brief *in Opposition to Plaintiff CDI Trust's Motion for* |

6

755186v1

| | | |
|---|---|---|
| | | *Summary Judgment* Filed by U.S. Electronics, Inc., n/k/a ICX Global, Inc.. (Attachments: # 1 Appendix # 2 Certificate of Service) (Sullivan, William) (Entered: 07/16/2007) |
| 08/10/2007 | 65 | Reply Brief *with Respect to Motion for Summary Judgment* Filed by CDI Trust. (Attachments: # 1 Unreported Cases# 2 Certificate of Service) (Sallie, Kathryn) (Entered: 08/10/2007) |
| 02/21/2008 | 74 | Opinion DENYING Motion for Summary judgment filed by the CDI Trust (related document(s)46, 47, 62, 65 ) (CAF, ) (Entered: 02/21/2008) |
| 02/21/2008 | 75 | Order DENYING Motion for Summary Judgment filed by the CDI Trust (related document(s) 46, 47, 62, 65, 74 ) Order Signed on 2/21/2008. (CAF, ) (Entered: 02/21/2008) |
| 03/03/2008 | 76 | Notice of Appeal (#BAP-08-6). Fee Amount $255. (related document(s)75 ) Filed by CDI Trust. Appellant Designation due by 3/13/2008. (Attachments: # 1 Certificate of Service) (Brauerman, Stephen) Modified on 3/4/2008 (BMT, ). (Entered: 03/03/2008) |

The Appellant will provide copies of the items designated herein to the Clerk of the United States Bankruptcy Court for the District of Delaware in compliance with Federal Rule of Bankruptcy Procedure 8006.

755186v1

## STATEMENT OF ISSUES ON APPEAL

The issues to be presented are:

1. Whether the Court erred by holding that the parties' contracts do not preclude the application of set off or recoupment.

2. Whether the Court erred by holding that a creditor's right of setoff may be denied only if there is some basis in equity to do so.

3. Whether the court erred in finding that the Trust did not argue that ICX engaged in any specific inequitable conduct and that Defendant did not engage in any inequitable conduct despite factual evidence in the record to the contrary.

4. Whether the Court erred by denying summary judgment on the Trust's position that ICX failed to establish it had a rejection damages claim.

5. Whether the Court erred by holding that entry into the NEMRA does not preclude ICX from asserting rejection damages under the Distribution Agreement.

6. Whether the Court erred by finding that Defendant's rejection damages claim and Plaintiff's claim under the USE Notes both arose pre-petition.

7. Whether the Court erred by denying summary judgment on the Trust's position that the USE Notes and the Distribution Agreement do not constitute one integrated transaction.

8. Whether the Court erred by denying summary judgment on the Trust's position that there was no mutuality between the parties under the USE Notes and the Distribution Agreement.

9. Whether the Court erred by denying summary judgment on the Trust's position that ICX's set off claims are subordinate to the security interests held by the Senior Lenders and the Subordinated Noteholders.

755186v1

10. Whether the Court erred by finding that Defendant did not waive its right to collect damages from the rejection of the Distribution Agreement, was not equitably estopped from seeking damages, and the entry of the NEMRA did not constitute an accord and satisfaction.

Dated: March 13, 2008                BAYARD, P.A.


_____
Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
Stephen B. Brauerman (No. 4952)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Phone: (302) 655-5000

Counsel for CDI Trust